**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Samuel Paul CROOK, Defendant–**
**Appellant.**

**138**

United States of America,
Plaintiff–Appellee,

v.

Samuel Paul Crook, Defendant–
Appellant.

Nos. 14–4799, 14–4801.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 12, 2015.

Decided: Feb. 18, 2015.

Samuel Paul Cook, Appellant Pro Se. Craig Darren Randall, Office of the United States Attorney, Charlotte, North Carolina; Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel Paul Cook appeals the district court's orders denying his pro se motion requesting that his 2005 plea of not guilty by reason of insanity be withdrawn. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Crook,* Nos. 3:04–cr–00058–MOC–DSC–1; 3:04–cr–00059–MOC–DSC–1 (W.D.N.C. Sept. 16, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*